Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 0 2026

BY
DEPUTY_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas
Beaumont Division

Tyrone Grant
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The City of Jasper, Tyler P.D
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:26cv25
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: [illegible handwriting]
Address: [illegible] Foster
Jasper, Texas 75951
City / State / Zip Code

County:
Telephone Number:
E-Mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1 — The City of Jasper and there chiff of there Police Dept
Name: G. Foster
Job or Title (if known): Chiff of Police
Address: Jasper 101 Burch Street
Jasper, Texas 75951
City / State / Zip Code
County: Jasper County
Telephone Number: (409) 384-3471
E-Mail Address (if known):
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: John Doe's At this time
Job or Title (if known): I-10
Address: Jasper 101 Burch Street
Jasper, Texas 75951
City / State / Zip Code
County: Jasper
Telephone Number: (409) 384-3471
E-Mail Address (if known):
[✓] Individual capacity  [✓] Official capacity

Page 2 of 6

UNITED STATES DISTRICT CLERK
FOR THE EASTERN DISTRICT OF
TEXAS BEAUMONT DIVISION

DATE:              goes w/
                   pages 3

EMERGANCY!

I, Tyrone Grant, the Plaintiff, Pro Se and former Pre-trial detainee of the LASNLE Corrections Proceeding Pro Se and IN Forma Pauperis brings this Civil Rights Action pursuant to 42 U.S.C. §1983 Against Stated individuals stated in claim 1-3 This is an additional pages as needed.

I. Bas for Jurisdiction

A. State or local officials [a§1983 claim]

B. My 8th, 4th, 14, etc. on the date of Sept 7, 2025. Officer with the City of Jasper Police under G. Foster around 5:30-6:30 on or about used excessive force on the Plaintiff Tyrone Grant #30-116512 after Plaintiff was pushed over an 8 to 10 foot cliff by officers and insted of triking to defuse the situation continued to use force while I was down with my back broken in 3 different places, eye out of socket, face bones broken began getting their stories together what and how they where going to tell the public after seeing that they had suvervir inJuried me and that they was going to have to call the Jasper Fire dept. to get we out.

1. These officers had an Obligation by The City of Jasper Policies and Procedures which govern the way they use force in traffic stops The use of Force Policy states that all Jasper P.D. employees "utilize the minimum amount of force neccessary in the control and apprehension and states, "Utilization of force must be objectively reasonable under Graham v. Conner Standards. AND The Traffic Enforcement Police the traffic stops Aid enforcement not only in traffic LAW violation

1 of 3

but also in safety concerns, suspicious activity and other criminal conduct.... Further, it provides that when conducting a traffic stop officers shall attempt to conduct the stop in a manner and location that provides a safe enviroment for the officers and violator. Additionally the policy states "officers shall always be aware of the dangers associated with traffic stops follow current position and training tactics & techniques, maintain a safe position and keep good observation of violator and surroundings. See Body cam footage of Spt 7 2025 traffic stop around 5:30 to 6:30 on Spring hill road in Jasper Texas..... you will see me getting out of a car that was about to crash after getting a safe distance I threw Thew my hands up and officers kept running toward me pushing over the 8 to 10 foot drop and while I was down officers continued to use force seeing that I could not move was not a threat and when they finished started to get there stories together what they was going to tell the public leaving me handicap with broken back in 3 different places, my eye out of socket and face broken Life flighted from Jasper Memoral Hospatal to Herman Hospatal home then back to Lufkin Hospatal See Hospital Reports.

 (1) This Action should be granted 42 U.S.C. [1983] becaus these officers stat Actors engaging in conduct under state law.

 (2) 42 U.S.C [1986 because Parties are in contract

 (3) 42 U.S.C [1986 Maintained because there is a cause of action pursuant to 12 U.S.C [1985 which is a prerequisite for 1986 claim

 (4) There is sufficient allecations to stated claim upon which relif can be granted with respect to the state law claims.

 Those officers were Negligent in there duties also in there training Also the Jasper County along with the LASALLE CORRECTIONS

Further acting in concert with the defendant Shiriff. Havard of the at the Aburtcole Law Enforcement at 101 Bush Street, in the Co. of Jasper

(1) 14th 8 And dnl. And all other Cru+unsual Pushment

IM ASKING; FOR AN EMERGANCY INJUNCTION be Placed on The Aburr cole LAW Enforcement Center AS Well AS LASALLE CORRECTIONS Jefferson Co. Downtown Jail for the Continued Posioning of inmates with the high Percent of ledd in their drinking water system that causing the inmates to get real sick and getting sicker by the day- These Pipes have been band and they have had well enough time to have them changed out. Pleas GRANt these INJUCTION before someone die from the led POSIONS (2) There denyeding me the hour to research MY case only 15 mintes (3) There you/understaffed

(4) cold food causing me not to eat the food- The led from those Pipes is causing holes in my head hedachs along with the food being it's unbubarbal condictions

(5) Its filthy unclean

(6) No food being servid (cold) without hair Nets or gloves

(7) Right to Prat.ice MY Islam faith

Pleas see that I am a LAYMAN of the Law and I have written the violations the best that I have without being able to research that Constitutional Rights are being denied

All theses Claims Statted from Sep 7, 2025 Essive force until Now AND continueing... At the LASALLE Corr. Dates JANUary December 25 Flooding of swage had to wait 15 days - (ANY) same thi min summer 15 house No medical staff to look after Inmate from havins sizure JAN 6, 30 with staff gone to tream I'll coun shot etc... etc...

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: WARDEN, D. Lacy LASALLE
Job or Title (if known): City of Beaumont-Corrections Warden
Address: 1001 Pearl St, Suite 101, Beaumont, TX 77701
Jefferson Co. Downtown Law Enforcement Center
Beaumont, Texas 77701
County: Jefferson County, Texas 77701
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: John Doe's - 1. M. Henry 2. L. Deville 1-10
Job or Title (if known):
Address: Beaumont, Texas 77701
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive Force - Pushed over an 8 to 13 foot diff Sept. 7 2025 by Jasper PD, life flight from Jasper, Texas to Houston, with back broken in 3 places, eye ball out of 6th of the 8th, left socket, face bones broken and tased - may have more

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

which I can research I hope

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Jasper P.D. had an obligation by policy - they are negligent in concert with the Jasper County Police depriving me of my const. right + they are state actors engaging in conduct under state law a) the parties are in contract(s) there is a cause of action(s) in - There is sufficient allegation to state a claim

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Excessive force - in Jasper, TX 75951 Sept 7 - and (1) Emergency Injunction for galvanized   Where did the events giving rise to your claim(s) occur? Pipes - both city of Jasper + City of Beaumont - Lead in Drinking Water Causing Sickness

City of Jasper did not follow their Policies + Procedures - breaking the Law using bad pipes galvanized pipes in Jasper and the LASALLE Co. Excessive force by Jasper P.D. Sept 7, 2025 - Jasper County P.D. Nov 9, + City of Beaumont Dec 26, 2025.

Chief G. Foster of the Jasper P.D. and 2 John Doe's pushed me over an 8 foot cliff, broke  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* my back, knocked my eye out of socket, bones in face broken + bad water from the bad pipes using bad pipes

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Yes, I had to be life flighted from Jasper Hospitle to a Hospitle in Houston, with my back broken in 3 different places, my eye knocked out of soket, facel bones broken - Sick from the lead posioning causing suver headaches, Not being able to research my case by being denyed proper time 15 min not hours required sick from the cold food emotional and distressed, I can't sleep from night mares losing weight from not eating, and I've been in and out of Jasper Co. until the long term affects is my short memorie's lost I continue to have to bruslmy teeth my back can't stand long or sit toss & tune all night and forced to keep drinking the water which is cusing me to be depressed as the time etc etc....

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like an EMERGANCY INJUCTION placed on the Jasper County Jail as well as an EMERGANCY INJUCTION on the Jefferson County Downtown Jail for the lead in the drinking water that's causing all kinds of sickness at both Jails - and new pipes that's lead for the public for the Excesive Force claims all 1-10 under chiff G.Foster, G.Foster to be retrained and the officer suspended for a week and the officer written up without pay and the county officers the same except for the one's that have already been in legal claims for the same thing when they were with the Jasper City P.D Now, working for the Jasper County P.D Fired. All my medical bills paid and $175,000 from the city of Jasper, and $150,000 from the city of Beaumont and lawyer fees paid seperatly. And Retatation.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-15-2026

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: TYRONE GRANT

### B. For Attorneys

Date of signing: 

Signature of Attorney: 

Printed Name of Attorney: 

Bar Number: 

Name of Law Firm: 

Address: 

City _____ State _____ Zip Code

Telephone Number: 

E-mail Address:

TYRONE GRANT #304116512
Jefferson County Downtown Jail
1001 Pearl St, Suite 101
Beaumont, Texas 77701

HOUSTON TX RPDC 773
16 JAN 2026 PM 3 L



CLERK, U.S. DISTRICT COURT
RECEIVED
JAN 20 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

CLERK
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Beaumont, Texas 77701   DIVISON

7770189593